LEAL ▪ TREJO LLP
C. DAVID TREJO, SBN 187529
SANDRA J. GARCIA, SBN 187135
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Telephone: (213) 628-0808
Facsimile: (213) 628-0818

JS-6

Attorneys for Defendants Lynwood Unified
School District and Anim Mener

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE GATZEK, | CASE NO. |
| Plaintiff, | CV 07-05062 DDP (CTx) |
| v. | |
| | **JUDGMENT** |
| LYNWOOD UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

  This action came on for hearing before the Court, on July 13, 2009, Hon. Dean D. Pregerson, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

\\\

\\\

\\\

1    IT IS ORDERED AND ADJUDGED that the Motion for Summary Judgment is
2  GRANTED and that defendant Lynwood Unified School District and Anim Mener
3  recover their costs.
4
5  DATED: August 12, 2009
6
7                                          By: _____
8                                               United States District Judge